UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

Katrina Peeples,

                              Plaintiff,

          -against-                             **AFFIDAVIT OF SERVICE**

CITY OF NEW YORK, et. al

                                               15-CV- 6511

                              Defendants. --

------------------------------------------------------------x

        I, Tyrin Torres, being duly sworn deposes and says:

1.     I am not a party to this action, I am over 18 years of age, and I reside in the State of New York.

2.     On November 18 2015, at approximately 9:33 A.M, I served the summons and complaint in this matter on P.O. Anthony Ricciardi by delivering a copy of same to P.O Anderson, a person of suitable age and discretion at defendant's actual place of business within the state, at 155-09 Jewel Ave, Flushing, NY.

3.     Thereafter, I mailed a copy of the summons and complaint post paid by first class mail properly addressed to the defendant at the aforementioned address in an envelope marked personal and confidential and not indicating that the communication was from an attorney or concerned an action against the defendant and deposited said envelope in a post office official depository under exclusive care of the United States Postal Service.

Dated: New York, New York
November 18, 2015

_____
Tyrin Torres

Sworn to me on 18th day
Of November 2015

_____
NOTARY PUBLIC

ROBERT MARINELLI
Notary Public, State of New York
Reg. No. 02MA6220272
Qualified in New York County
My Commission Expires June 2, 2018