

ZACHARY W. CARTER
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

ALEXANDER NOBLE
*Assistant Corporation Counsel*
phone: (212) 356-2357
fax: (212) 356-3508
email: anoble@law.nyc.gov

July 25, 2016

**BY ECF**
Honorable Peggy Kuo
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

        Re:    <u>Katrina Peeples v. City of New York, et al.</u>, 15-CV-6511 (JBW)(PK)

Your Honor:

        I am an Assistant Corporation Counsel in the Special Federal Litigation Division of the Office of Zachary W. Carter, Corporation Counsel of the City of New York, and the attorney for defendants City of New York, P.O. Ricciardi, P.O. Zidor, and Sergeant Friendly in the above-referenced matter. I write on behalf of the parties to respectfully request that the status telephone conference currently scheduled for July 27, 2016 at 11:00 a.m. be adjourned for 3:00 p.m. or anytime thereafter on the same date. The parties have arranged to conduct the deposition of defendant P.O. Zidor beginning at 10:00 a.m. on July 27, 2016, and respectfully request that the telephone conference be adjourned in order to accommodate that activity. The parties further submit that discovery is proceeding on schedule and the parties are continuing to discuss settlement.

        The parties thank the Court for its consideration regarding the within request.

        Respectfully submitted,

        */s/ Alexander Noble*

        Alexander Noble
        *Assistant Corporation Counsel*
        Special Federal Litigation Division

**BY ECF**
cc: Ryan Michael Lozar
Ryan Lozar
305 Broadway, 9th Floor
Email: ryanlozar@gmail.com