UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ X

KATRINA PEEPLES,

                                                  Plaintiff,      **UNSEALING ORDER**

               -against-                           15-CV-6511 (JBW)(PK)

THE CITY OF NEW YORK, ET AL.,

                                                  Defendants.

------------------------------------------------------------------------ X

      **WHEREAS,** the parties maintain that documents pertaining to the arrest and prosecution of non-parties Tameka Jackson, Taniqua Harris, Adashea Simpson, Ebony Perry, Joanna Ceruti, and Melissa Cooper, who were arrested on September 8, 2013 with plaintiff Katrina Peeples at 3-06 Astoria Boulevard in Queens, New York, are relevant to this action and whereas, upon information and belief, the charges against said individuals have been dismissed and sealed pursuant to N.Y.C.P.L. §160.50 and/or §160.55, and cannot be obtained or produced without an unsealing order.

      **IT IS HEREBY ORDERED** that all the records held by any and all governmental agencies relating to the arrest of Tameka Jackson, Taniqua Harris, Adashea Simpson, Ebony Perry, Joanna Ceruti, and Melissa Cooper on September 8, 2013, including but not limited to Summons Nos. 4413187383, 4413187370, 4413187251, and 4413187265; the criminal proceedings related to the non-parties' arrests, including, but not limited to the Criminal Court file for Docket No. 2013QN050313; the records of the District Attorney for Queens County relating to the arrests and prosecutions; and the transcript or minutes of any proceeding,

including any and all statements by police officers, witnesses, and the criminal defendants, which were ordered sealed pursuant to CPL §160.50, be unsealed pursuant to CPL § 160.50 and made available to Zachery W. Carter, the Corporation Counsel of the City of New York, or to his authorized representatives for inspection, photocopying, and use in the federal action brought by Katrina Peeples against the City of New York;

**IT IS FURTHER ORDERED** that the City of New York, including the Office of the Corporation Counsel and the New York City Police Department, as well as the Criminal Court of the State of New York, and the Queens County District Attorney's Office, shall not be bound by the statutory sealing requirements of CPL § 160.50 for all documents relating to and arising out of the arrests and prosecutions of the non-parties who was arrested with the plaintiff on September 8, 2013.

**IT IS FURTHER ORDERED** that the use of the above-referenced records is restricted to use in the above-entitled civil rights action and shall be protected by plaintiff's counsel as confidential.

Dated: Brooklyn, New York
   October 21, 2016

SO ORDERED:

*Peggy Kuo*

Hon. Peggy Kuo, U.S.M.J.