UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| KATRINA PEEPLES<br><br>– against –<br><br>THE CITY OF NEW YORK, NYPD OFFICER FRIENDLY, Shield No. 233, NYPD OFFICER ANTHONY RICCIARDI, NYPD OFFICER MIKELAND ZIDOR, Shield No. 27521, and NYPD POLICE OFFICERS JOHN/JANE DOES 1-5,<br><br>Defendant. | MEMORANDUM AND ORDER<br><br>15-CV-6511<br><br>FILED<br>IN CLERK'S OFFICE<br>U.S. DISTRICT COURT E.D.N.Y.<br>★ DEC 0 1 2016 ★<br>BROOKLYN OFFICE |

**JACK B. WEINSTEIN, Senior United States District Judge:**

Plaintiff's appeal is granted and Magistrate Judge Kuo's order denying Plaintiff's motion for leave to amend her pleadings is reversed. The rules of civil procedure must be utilized by the court "to secure the just, speedy, and inexpensive determination of every action and proceeding." Permitting amendment of the pleadings now, rather than after trial pursuant to Rule 15, is in keeping with this directive.

SO ORDERED.

Jack B. Weinstein
Senior United States District Judge

Date:  November 29, 2016
       Brooklyn, New York

