45 mins

DATE 11/30/16
BEFORE JUDGE Weinstein    AT 10:30 A.M/~~P.M.~~
C/R ~~or ECR~~ R. Barry    MAG. _____

## CIVIL CAUSE FOR MOTION HEARING

Docket Number CV15-6511
Title: Katrina Peoples vs. City of N.Y. et al
(Pltff.) ~~(Deft.)~~ motion for objection to Mag. Judge's order

Appearances: For Pltff. Ryan Lozar

For Deft. Alexander Noble

✓ Case called. ___ Parties Sworn ___ Evidentiary Hearing Held.
✓ Counsel for all sides present.
___ Counsel for _____ not present.
✓ Motion argued. ✓ Motion Granted ___ Motion Denied.
___ Decision reserved.
✓ Order to be submitted by Court.
___ Case adjourned to _____ for _____
✓ Other Motion to add excessive force claim is granted.