UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------- x

KATRINA PEEPLES,

                                    Plaintiff,

               -against-

CITY OF NEW YORK, NYPD SERGEANT
DENNIS FRIENDLY, Shield No. 233, NYPD
OFFICER ANTHONY RICCIARDI, NYPD
OFFICER MIKELANG ZIDOR, Shield No. 27521,
and NYPD OFFICERS JOHN/JANE DOES 1-5,

                                  Defendants.

---------------------------------------------------------------- x

**DEFENDANTS' NOTICE OF
MOTION FOR SUMMARY
JUDGMENT PURSUANT TO
F.R.C.P. 56**

15-CV-6511 (JBW)(PK)

      **PLEASE TAKE NOTICE** that upon the annexed Local Civil Rule 56.1 Statement, dated May 5, 2017; the Declaration of Assistant Corporation Counsel Alexander Noble, dated May 5, 2017, and the exhibits annexed thereto; the accompanying Memorandum of Law, dated May 5, 2017; and upon all prior pleadings and proceedings had herein, defendants City of New York, Sergeant Dennis Friendly, Police Officer Anthony Ricciardi, and Police Officer Zidor (hereinafter "defendants") will move this Court before the Honorable Jack B. Weinstein, United States District Judge, at the United States Courthouse for the Eastern District of New York, located at 225 Cadman Plaza, Brooklyn, New York 11201 on August 3, 2017, for summary judgment pursuant to Rule 56 of the Federal Rules of Civil Procedure on the grounds that there are no material issues of fact in dispute that warrant a trial, and that the defendants are entitled to judgment as a matter of law as to all of plaintiff's claims, and for such other and further relief as the Court may deem just and proper.

- 2 -

**PLEASE TAKE FURTHER NOTICE** that plaintiff's opposition to defendants'

motion, if any, shall be served and filed on or before June 5, 2017, and defendants' reply, if any,

shall be served and filed on or before June 19, 2017.


Dated: New York, New York
May 5, 2017

ZACHARY W. CARTER
Corporation Counsel for the
   City of New York
*Attorney for Defendants*
100 Church Street, Room 3-310
New York, New York 10007
(212) 356-2357

By: _____/s/_____

   Alexander Noble
   Assistant Corporation Counsel
   Special Federal Litigation Division


**VIA ECF & FIRST CLASS MAIL**
TO:   Ryan Lozar
   305 Broadway, 10th Floor
   New York, NY 10007
   ryanlozar@gmail.com