Exhibit N

CRIMINAL COURT OF THE CITY OF NEW YORK
COUNTY OF QUEENS

CERTIFICATE OF DISPOSITION
NUMBER: 319054

THE PEOPLE OF THE STATE OF NEW YORK
VS

PEEPLES, KATRINA
Defendant

Date of Birth

Address

NYSID Number: 8173398M

City   State   Zip

Date of Arrest/Issue: 09/08/2013

Docket Number: 2013QN050313    Summons No:

AC 10-125
Arraignment Charges

Case Disposition Information:

| Date | Court Action | Judge | Part |
|---|---|---|---|
| 09/08/2013 | ADJOURNED - CPL SECTION 170.55 | HART,E | APAR3 |
| 03/07/2014 | DISMISSED - CPL SECTION 170.55 | HART,E | AP1 |

**SEALED** pursuant to Section 160.50 of the CPL.

NO FEE CERTIFICATION

_ GOVERNMENT AGENCY    _ COUNSEL ASSIGNED

_ NO RECORD OF ATTORNEY READILY AVAILABLE. DEFENDANT STATES COUNSEL WAS ASSIGNED

SOURCE   _ ACCUSATORY INSTRUMENT   _ DOCKET BOOK/CRIMS   _ CRC3030[CRS963]

I HEREBY CERTIFY THAT THIS IS A TRUE EXCERPT OF THE RECORD ON FILE IN THIS COURT.

WADDELL, A
COURT OFFICIAL SIGNATURE AND SEAL

03/21/2016
DATE    FEE: NONE

(CAUTION: THIS DOCUMENT IS NOT OFFICIAL UNLESS EMBOSSED WITH THE COURT SEAL OVER THE SIGNATURE OF THE COURT OFFICIAL.)