UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------X

KATRINA PEEPLES,

                Plaintiff,

- against -

CITY OF NEW YORK, NYPD SERGEANT
DENNIS FRIENDLY, Shield No. 233, NYPD
OFFICER ANTHONY RICCIARDI, NYPD
OFFICER MIKELANG ZIDOR, Shield No. 27521,
and NYPD OFFICERS JOHN/JANE DOES 1-5,

                Defendants.
----------------------------------X

SCHEDULING
  ORDER

15 CV 6511 (JBW)(PK)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JUN 08 2017 ★
BROOKLYN OFFICE

Jack B. Weinstein, Senior United States District Judge:

       The motion of defendants for summary judgment shall be heard on August 3, 2017 at 10:30 A.M. A briefing schedule shall be worked out by the parties. If they cannot agree, the magistrate judge will set the schedule. Plaintiff and named individual officers shall be present in person with their counsel.

                                            SO ORDERED.

                                            Jack B. Weinstein
                                            Senior United States District Judge

Date:  June 6, 2017
        Brooklyn, New York

